

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL SORRELL                    3607505

_(Enter above the full name of the plaintiff_          _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                    CIVIL ACTION NO. 2:18-CV-1305
                    _(Number to be assigned by Court)_

WRJ, SCRJ, SWRJ,
EXECUTIVE DIRECTOR FARMER; AND ADMINISTRATOR
CRAWFORD, ADMINISTRATOR KING, ADMINISTRATOR NGF;
AND ADMINISTRATOR LEONARD, C/O MANNON, C/O BLEVINS,
C/O JANE DOE; C/O JOHN DOE; INVIDUALY & OFFICIAL CAPACTIES,

_(Enter above the full name of the defendant_
_or defendants in this action)_

## **COMPLAINT**

**I.**     **Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same
       facts involved in this action or otherwise relating to your imprisonment?

              Yes _____          No __✗__

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs:    _____

                  _____

                  _____

        Defendants:    _____

                  _____

                  _____

    2.    Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.    Docket Number:    _____

    4.    Name of judge to whom case was assigned:

        _____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

        _____

_____

    6.    Approximate date of filing lawsuit:    _____

    7.    Approximate date of disposition:    _____

II.   **Place of Present Confinement:** NORTHERN CORRECTIONAL Facility

A.   Is there a prisoner grievance procedure in this institution?

Yes   X         No _____

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes   X         No _____

C.   If you answer is YES:

1.   What steps did you take?   I FILLED A GRIEVANCE ON THE ELECTRONIC KIOSK ASKING FOR PERMISSION.

2.   What was the result?   I WAS TOLD NO; Per Policy. Only the ones on COMMISSARY

D.   If your answer is NO, explain why not: _____

_____

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff: MICHAEL SORRELL 3507505

Address: 112 NORTHER REGIONAL CORRECTION DRIVE

B.   Additional Plaintiff(s) and Address(es): _____

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: WESTERN Regional Jail ADministrator King

   is employed as: ADmin·STRATOR (King)

   at WESTERN Regional Jail, Southwestern Regional

D. Additional defendants: EXECUTIVE DIRECTOR FARMER, ADministrator CRAwford, ADministrator WolFE ADministrator LEONARD, C/O Mannon, CO BlEvins CO JANE DOE, CO John DOE

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) PlAINtiff Michael SoRRELL WAS AN inmate AT WESTERN REgional Jail FROM APPROX. 11/2015 — 3/2016; HE WAS AlSO AN INMATE AT SOUTH CENTRAL JAIL FROM APPROX. 3/2016 - 11/2016; AlSO AN inmate AT WESTERN REGIONAL JAIL FROM APPROX. 11/2016 — 6/2017 - AN INMATE AT SOUTH WESTERN REGIONAL JAIL FROM APPROX. 6/2017 — 2/2018.

2.) DEFENDANT Executive DiRECTOR Farmer WAS RESPONSIBLE FOR NOT AllowING INMATES INCARCERATED WEST VIRGINIA JAILS

4

Statement OF Claim (continued)

4) upon information AND belief that around the same time Former Executive Director Joe DELONG STOPPED Allowing inmates AT Regional Jails to ORDER AND RECIEVE Magizenes, employees OF W.V.RJA conspired with commissary Providers for West Virginia Regional Jails to start selling magizenes on commissary for a substantially higher PRICE per issue, than what inmates would have paid for the same magazine issues in a subscription form.

5) Upon information AND Belief that WVRJA profited at a rate of $1 per magazine sold on commissary to inmates, violating prisoners rights provided in the United States Constitutional Amendments.

6) upon information and belief defendants C/O MANNON; C/O Blevins, who served as officers in charge of the mail AT Western Regional Jail; C/O JANE DOE, C/O John DOE; who served as officers in charge of mail AT South Central Regional Jail; AND SOUTH Western Regional Jail, REFUSED TO deliver any hard Back books ORDERD FROM THE Publisher, Magazines ordered from the publisher, Newspapers ORDER from the printer by inmates the entire time.

**IV.**    **Statement of Claim (continued):**

TO ORDER AND RECIEVE HARD BACK BOOKS DIRECTLY FROM THE
Publisher, Newspapers DIRECTLY FROM THE PRINTER, Magazine
Subscriptions Directly From THE Publisher.

3.) Upon information AND BELIEF DEFENDANTS THE ADMINISTRETORS
CRAWFORD, King, WOlFE ARE RESPONSIBLE FOR NOT ALLOWING
INMATES AT WESTERN Regional JAIL, DEFENDANT ADMINISTRATIVE (LEONARD)
AT South CENTRAL Regional JAIL ARE responsible for not allowing
inmates to order Magazines, Newspapers, HARD BACK Books
Directly From THE Publisher

**V.**    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

    GRANT PLAINTIFF MICHAEL SORRELL A DECLARATION
THAT ACTS AND OMISSIONS Described herin violate his
RIGHTS UNDER THE CONSTITUTION AND LAWS OF United
STATES.

    A permanent injunction ORDERING DEFENDANTS TO
STOP PREVENTING INMATES IN WEST Virginia JAILS ORDERING
AND Recieving HARD BACK BOOKS, Magazines, From the Publisher
AND ORDERING NEWSPAPERS FROM PRINTERS.

    Compensatory damages in the amount of $20,000

**V.      Relief (continued)):**

against each defendant,

Punitive Damages, in the Amount of $20,000 each defendant.

A Jury TRIAL ON ALL ISSUES TRIABLE By JURY

PLAINTIFFS COST IN THIS SUIT

ANy additional relief this court seems Just

**VII.   Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No __✗__

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: DIDN'T Know How To

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No __✗__

6

If so, state the lawyer's name and address:

_____

_____

Signed this ___14___ day of ___September___, 20 _18_.

_Michael Sorell_   350 7505

_____

_____

_____

Signature of Plaintiff or Plaintiffs


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 14, 2018___
                              (Date)

_Michael Sorell_
_____
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7